McKAIG-HATCH, INC., Respondent, v. MILL OWNERS MUTUAL FIRE INSURANCE COMPANY OF IOWA, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

JOHN ARMITAGE and Another, Respondents, v. CLINTON KNITTING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of DAVID BUNSHAFT, Appellant, for the Removal of THEODORE DULL, Respondent, from Certain Premises in the City of Buffalo.— Respondent's motion to dismiss appeal granted, with ten dollars costs, on the ground that before the appeal was taken to this court, the appellant accepted the rent for the premises and this recognition of respondent's tenancy is inconsistent with his claim upon this appeal that the respondent is a mere squatter. All concur.

LOUIS KISH, Appellant, v. HYMEN BLUMBERG, Now Known as HYMEN BLANCHARD, Respondent.— Judgment affirmed, with costs. All concur.

DORSEY W. KELLOGG and Another, Respondents, v. ALICK L. CARTER, Appellant.— Judgment modified by reducing the amount of the recovery to $197.50, with interest thereon from December 12, 1921, and as so modified affirmed, without costs of this appeal to either party. All concur, except Clark, J., who dissents and votes for affirmance.

JENNIE SIRECI, Respondent, v. HENS & KELLY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

CHARLES A. SCHRADER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur.

MABEL BAUMER, Respondent, v. THE NEW ENGLAND FURNITURE AND CARPET COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

LESLIE G. BAUMER, Respondent, v. THE NEW ENGLAND FURNITURE AND CARPET COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

AMERICAN TISSUE MILLS, Respondent, v. GEORGE IRISH PAPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

BERTHA M. SULLIVAN, Respondent, v. EMPIRE STATE LIFE ASSURANCE SOCIETY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

ANTHONY JELINSKI, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

ALBERT L. WEISENBERG, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

MARGARET J. WELCH, Respondent, v. FRANCIS WILLIAM WELCH, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

HAROLD D. SILSBY, Respondent, v. GRACE SILSBY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.